IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RENEW ENERGY LLC, | ) | Case No. 09-10491 |
| | ) | |
| Debtor. | ) | Hon. Robert D. Martin |

NOTICE OF HEARING ON:
(1) DEBTOR'S FIRST-DAY MOTIONS; AND (2) DEBTOR'S MOTION FOR
EXPEDITED HEARING ON FIRST-DAY MOTIONS AND LIMITED NOTICE

  **PLEASE TAKE NOTICE** that, on January 30, 2009, Renew Energy LLC ("Debtor") filed in this Court a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§101 *et seq.* (the "Code").

  **PLEASE TAKE FURTHER NOTICE** that the Debtor has also filed the following motions (collectively, the "First-Day Motions"):

1. Motion of Debtor Renew Energy LLC for Interim Approval of DIP Financing Facility

2. Motion of Debtor Renew Energy LLC For Entry of an Order Granting the Debtor Additional Time to File Schedules and Statements.

3. Motion for Expedited Hearing and Limited Notice on First-Day Motions

  **PLEASE TAKE FURTHER NOTICE** that you may obtain copies of the First-Day Motions: (1) by requesting the same from Lauren Nachinson at (312) 715-5001 or Lauren.Nachinson@quarles.com; (2) from the Office of the Clerk of the Court, 120 North Henry Street, Room 340, Madison, Wisconsin, during regular business hours; or (3) by accessing the Court's web site at www.wiwb.uscourts.gov (this is a fee-for-service web site, which requires a PACER-issued password).

  **YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief sought in any of the First-Day Motions or if you want the Court to consider your view on one or more of the First-Day Motions, then you or your attorney must:

  **Attend the hearing on the First-Day Motions scheduled to be held at 12:00 Noon, Central time, on Monday, February 2, 2009, before the Honorable Robert D.**

QB\7286828.1

**Martin, United States Bankruptcy Court for the Western District of Wisconsin, 120 North Henry Street, Madison, Wisconsin.**

**PLEASE TAKE FURTHER NOTICE** that, if you or your attorney does not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

DATED: January 30, 2009          QUARLES & BRADY LLP

                                          By:  /s/ Christopher Combest
                                               Thomas J. Magill (IL ARDC No. 01731009)
                                               Christopher Combest
                                                 (IL ARDC No. 06224701)
                                               500 West Madison Street, Suite 3700
                                               Chicago, IL 60661
                                               Telephone: (313) 715-5000
                                               Facsimile:  (312) 715-5155

                                 and

                                               Thomas A. Simonis, Esq.
                                               411 East Wisconsin Avenue, Suite 2040
                                               Milwaukee, WI 53202-4497
                                               Telephone: (414) 277-5000
                                               Facsimile: (414) 271-3552

                                 *Proposed Counsel for Debtor and Debtor in Possession*