## Renew Energy, LLC Case # 09-10491-11
## List of Equity Security Holders

| Name and Address | Title | Percentage of Interest |
|---|---|---|
| Paul Olsen - N2009 Majestic Pines Circle Wautoma, WI 54982 | Member & Director | 20% |
| David Olsen - W562 Cty. Rd. D Berlin, WI 54923 | Member & Director | 20% |
| John Koerner - 5628 W. Fisk Ave. Oshkosh, WI 54904 | Member & Director | 20% |
| Robert Potratz - 2381 James Rd. Oshkosh, WI 54904 | Member & Director | 20% |
| James Potratz - 1931 Knott Rd. Oshkosh, WI 54904 | Member & Director | 20% |